IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
AT JEFFERSON CITY, MISSOURI DIVISION

| | |
|---|---|
| MR. DAVID RHOADS, | ) |
| Plaintiff, | ) Case No.: 2:15-cv-04018-NKL |
| v. | ) |
| GLEASON CORPORATION d/b/a MILWAUKEE HAND TRUCKS, | ) |
| and | ) |
| GLEASON INDUSTRIAL PRODUCTS, INC. | ) |
| Defendants. | ) |

**ENTRY OF APPEARANCE**

COMES NOW David R. Buchanan of the law firm of Brown & James, P.C. and hereby enters his appearance on behalf of Defendant Gleason Corporation and Defendant Gleason Industrial Products, Inc., and requests that the Court send all notices to the undersigned. David R. Buchanan will act as lead counsel for Defendant Gleason Corporation and Defendant Gleason Industrial Products, Inc.

BROWN & JAMES, P.C.

By: /s/ David R. Buchanan
David R. Buchanan, MO #29228
1100 Main Street, Ste. 1900
Kansas City, MO 64105
Ph:  816.472.0800
Fax: 816.421.1183
Email: dbuchanan@bjpc.com
*Attorneys for Defendant Gleason Corporation and Defendant Gleason Industrial Products, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY certify that on this 24 day of March, 2015, I electronically filed the above and foregoing using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*[Signature]*

12239015.tlc